UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,        Case No. 19-cr-20408

v.                                   Judith E. Levy
                                   United States District Judge
Oswaldo Quiroz-Hernandez,

                                   Mag. Judge R. Steven Whalen

        Defendant.

_____/

## OPINION AND ORDER DENYING MOTION FOR ATTORNEY WITHDRAWAL [13] AS MOOT

On July 15, 2019, defendant Oswaldo Quiroz-Hernandez's counsel filed a motion to withdraw. (ECF No. 13.) On July 29, 2019, a hearing was held on the motion. For the reasons set forth on the record, the motion (ECF No. 13) is **DENIED AS MOOT**.

    IT IS SO ORDERED.

Dated: July 29, 2019                s/Judith E. Levy
    Ann Arbor, Michigan         JUDITH E. LEVY
                                          United States District Judge